

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED U.S. DIST. COURT MIDDLE DIST. OF L
2012 JUN 18 PM 3:28
SIGN
BY DEPUTY CLERK

CHIKENNA D JONES
PLAINTIFF.

Case No.

-v-

ENHANCED RECOVERY COMPANY, LLC,
DEFENDANT.

**COMPLAINT**

Plaintiff, CHIKENNA D JONES, hereby sues Defendant, ENHANCED RECOVERY COMPANY, LLC; and alleges:

**PRELIMINARY STATEMENT**

1. This is an action for damages brought for damages for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*; and for damages for violations of the Fair Debt Collections Practices Act (FDCPA) 15 U.S.C. §1692 *et seq.*

**JURISDICTION AND VENUE**

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

3. Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b.

4. All conditions precedent to the bringing of this action have been performed, waived or excused.

**FACTUAL ALLEGATIONS**

5. The conditions to obtain permissible purpose to make a pull of PLAINTIFF's consumer report, as per FRCA 15 U.S.C. § 1681b, are not being met by DEFENDANT.

6. Since November 2, 2011, PLAINTIFF's EXPERIAN consumer reports keeps showing a non-permissible purpose pull, that PLAINTIFF is not authorizing, been made by DEFENDANT. (See Exhibit A)

7. On April 13, 2012, a Unauthorized Credit Inquiry letter (See Exhibit B) was sent, via certified mail letter #7011 3500 0002 2526 0143, requesting to have inquiry removed by DEFENDANT and to send proof of permissible purpose to PLAINTIFF.

8. PLAINTIFF is in possession of a signed confirmation receipt, from the USPS for the certified mail letter #7011 3500 0002 2526 0143, requesting to have inquiry removed by DEFENDANT and to send proof of permissible purpose to PLAINTIFF. (See Exhibit B)

9. PLAINTIFF is still waiting for an answer to the Unauthorized Credit Inquiry letter from DEFENDANT.

10. On May 9, 2012, a Notice of Pending Lawsuit (See Exhibit C) was sent, via certified mail letter #7011 3500 0002 2526 0792, offering an opportunity to amicably settle violations to the FCRA and FDCPA outside of court, to the DEFENDANT.

11. PLAINTIFF is in possession of a signed confirmation receipt, from the USPS for the registered mailed letter #7011 3500 0002 2526 0792, Notice of Pending Lawsuit, dated May 11, 2012, being evidence and confirmation that this letter was received by DEFENDANT. (See Exhibit C)

12. PLAINTIFF is still waiting for an answer to the Notice of Pending Lawsuit from DEFENDANT.

13. PLAINTIFF's Notice of Pending Lawsuit gave clear notice that if not answered, a lawsuit would be filed asking for remedy.

14. PLAINTIFF respectfully comes, and ask, and demands to this court, remedy to all FCRA and FDCPA violations, against PLAINTIFF, been committed by DEFENDANT.

**COUNT I**

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANT**

15. Paragraphs 1 through 14 are re-alleged as though fully set forth herein.

16. The definition of a "consumer", within the meaning of FCRA 15 U.S.C. §1681a(c), describes the PLAINTIFF.

17. The definition of a "corporation", within the meaning of FCRA 15 U.S.C. §1681a(b), describes the DEFENDANT.

18. The conditions to obtain permissible purpose to make a pull of PLAINTIFF's consumer report, as per FCRA 15 U.S.C. § 1681b, are not being met by DEFENDANT.

19. On 1 occasion, PLAINTIFF's EXPERIAN consumer reports keeps showing non-permissible purpose inquiries/pulls, that PLAINTIFF is not authorizing, that are been made by DEFENDANT.

WHEREFORE, PLAINTIFF demands judgment for damages in the amount of $1,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to FCRA 15 U.S.C. §1681n against DEFENDANT.

**COUNT II**

**VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA)**

20. Paragraphs 1 through 14 are re-alleged as though fully set forth herein.

21. The definition of a "consumer", within the meaning of FDCPA, 15 U.S.C. §1692a(3), describes the PLAINTIFF.

22. The definition of a "debt collector", within the meaning of the FDCPA 15 U.S.C. §1692a(6), describes the DEFENDANT.

23. DEFENDANT violated the FDCPA. DEFENDANT violations include, but are not limited to, the following:

(a) DEFENDANT violated 15 U.S.C. §1692e(2) by falsely representing the character, amount, or legal status of any debt.

(b) DEFENDANT violated 15 U.S.C, §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

(c) DEFENDANT violated 15 U.S.C. §1692f by the use of unfair and unconscionable means to collect or attempt to collect the alleged debt.

(d) DEFENDANT violated 15 U.S.C. §1692g by, within five days after the initial communication with Plaintiff in connection with the collection of any debt, failing to send Plaintiff a written notice containing a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; a statement that if the consumer notifies the debt collector within thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current collector.

WHEREFORE, Plaintiff demands judgment for damages against DEFENDANT for statutory damages pursuant to FDCPA, actual damages that would include any adverse ruling in state court, and attorney's fees and costs, pursuant to FDCPA 15 U.S.C. §1692k.

**WHEREFORE,** PLAINTIFF demands judgment for damages against DEFENDANT, and $2,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to FCRA 15 U.S.C. §1681n (a) (3), FCRA 15 U.S.C. §1681o (a) and FDCPA 15 U.S.C. §1692k

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: June 18, 2012

Respectfully submitted,

Chikenna D Jones
(Authorized Agent for CHIKENNA JONES)
37459 ULTIMA PLAZA BLVD 226
PRAIRIEVILLE, LA 70769
225-406-0590

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the foregoing was provided by U.S. Postal Service Certified Mail Receipt # 7011 3500 0002 2527 2733 to ENHANCED RECOVERY CO, LLC, 8014 BAYBERRY RD., JACKSINVILLE, FL 32256 this 18 day of June 2012.

______________________________
Chikenna D Jones
(Authorized Agent for CHIKENNA D JONES, PLANTIFF)
37459 ULTIMA PLAZA BLVD 226
PRAIRIEVILLE, LA 70769
225-650-5162

Address:
6300 WILSON MILLS RD
CLEVELAND OH 44143
*No phone number available*

Date of Request:
01/05/2012



### CAPITAL ONE

Address:
PO BOX 30281
SALT LAKE CITY UT 84130
(800) 955-7070

Date of Request:
12/08/2011, 07/28/2010



### EXPERIAN

Address:
360 E 22ND ST
LOMBARD IL 60148
*No phone number available*

Date of Request:
12/08/2011, 07/28/2010



### MERRICK BANK

Address:
10705 S JORDAN GTWY STE 200
SOUTH JORDAN UT 84095
(801) 545-6600

Date of Request:
12/08/2011, 07/28/2010

### ENHANCED RECOVERY CO LLC

Address:
8014 BAYBERRY RD
JACKSONVILLE FL 32256
*No phone number available*

Date of Request:
11/02/2011



### CAPITAL ONE AUTO FIN PO#

Address:
3905 DALLAS PKWY
PLANO TX 75093
*No phone number available*

Date of Request:
10/26/2011



### GLOBAL FOREX TRADING

Address:
618 KENMOOR AVE SE
GRAND RAPIDS MI 49546
*No phone number available*

Date of Request:
08/09/2011

# EXHIBIT B

VIA Certified Mail # 7011 3500 0002 2526 0143

Chikenna D Jones
37459 Ultima Plaza Blvd
Suite 226
Prairieville, LA 70769

Enhanced Recovery Co LLC
8014 Bayberry Rd
Jacksonville, FL 32256

Date: April 12, 2012

Re: Unauthorized Credit Inquiry

Dear Enhanced Recovery Co LLC,

I recently received a copy of my Experian credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed. You have 10 days from the receipt of this letter to respond.

If you find that I am remiss, and you did have my authorization to inquire into my credit report, and then please send me proof of this. You have 10 days from the receipt of this letter to respond.

Thanking you in advance,

Sincerely,

Chikenna D Jones
SSN# 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
*Attachment included.*

Address:
6300 WILSON MILLS RD
CLEVELAND OH 44143
*No phone number available*

Date of Request:
01/05/2012



Address:
PO BOX 30281
SALT LAKE CITY UT 84130
(800) 955-7070

Date of Request:
12/08/2011, 07/28/2010



Address:
360 E 22ND ST
LOMBARD IL 60148
*No phone number available*

Date of Request:
12/08/2011, 07/28/2010



Address:
10705 S JORDAN GTWY STE 200
SOUTH JORDAN UT 84095
(801) 545-6600

Date of Request:
12/08/2011, 07/28/2010

## ENHANCED RECOVERY CO LLC

Address:
8014 BAYBERRY RD
JACKSONVILLE FL 32256
*No phone number available*

Date of Request:
11/02/2011



Address:
3905 DALLAS PKWY
PLANO TX 75093
*No phone number available*

Date of Request:
10/26/2011



Address:
618 KENMOOR AVE SE
GRAND RAPIDS MI 49546
*No phone number available*

Date of Request:
08/09/2011

7011 3500 0002 2526 0143

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

JACKSONVILLE FL 32256 OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.45 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.75 |

0983
14
Postmark Here
04/13/2012

Sent To Enhanced Recovery Co LLC
Street, Apt. No.; or PO Box No. 8014 Bayberry Rd
City, State, ZIP+4 Jacksonville FL 32256

PS Form 3800, August 2006 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Enhanced Recovery Co LLC
8014 Bayberry Rd
Jacksonville FL 32256

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Sara Gaughan ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Sara Gaughan

C. Date of Delivery APR 16 2012

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7011 3500 0002 2526 0143

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

EXHIBIT C

Certified Mail # 7011 3500 0002 2526 0792

CHIKENNA D JONES
37459 ULTIMA PLAZA BLVD
SUITE 226
PRAIRIEVILLE LA 70769

May 9, 2012

ENHANCED RECOVERY CO LLC
8014 BAYBERRY RD
JACKSONVILLE, FL 32256

**NOTICE OF PENDING LAWSUIT**

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure ENHANCED RECOVERY CO LLC violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681 *et seq.* and Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692 *et seq.*

I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so. If ENHANCED RECOVERY CO LLC chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law.

I can be reached directly at 225-406-0590 (cell) or via email at thetrivium422@gmail.com. This cell number and/or email is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

Chikenna D. Jones
(Authorized Agent for CHIKENNA D JONES)

English Customer Service USPS Mobile Register / Sign In



Search USPS.com or Track Packages

Quick Tools Ship a Package Send Mail Manage Your Mail Shop Business Solutions

# Track & Confirm

GET EMAIL UPDATES PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70113500000225260792 | First-Class Mail® | Delivered | May 11, 2012, 9:53 am | JACKSONVILLE, FL 32256 | **Expected Delivery By:** May 14, 2012 Certified Mail™ |
| | | Processed at USPS Origin Sort Facility | May 11, 2012, 2:50 am | JACKSONVILLE, FL 32203 | |
| | | Acceptance | May 09, 2012, 6:43 pm | BATON ROUGE, LA 70817 | |

### Check on Another Item

What's your label (or receipt) number?



**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

JACKSONVILLE FL 32256

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40 |

0980
09
Postmark Here
WOODLAWN STATION BATON ROUGE LA 70817
05/09/2012

Sent To: ENHANCED RECOVERY CO
Street, or PO: 8014 BAYBERRY RD
City, S: JACKSONVILLE FL 32256

7011 3500 0002 2526 0792

PS Form 3800, August 2006 See Reverse for Instructions